*Messrs. Kirk & Clinton,* for Relator.

---

No. 2,107.—THE STATE OF MONTANA EX REL. THEODORE HENNESSY, RELATOR, *v.* DISTRICT COURT OF THE SECOND JUDICIAL DISTRICT OF MONTANA IN AND FOR SILVER BOW COUNTY ET AL., RESPONDENTS.

Original—Supervisory control.

Decided September 24, 1904.

PER CURIAM.—Relator's application for a writ of supervisory control herein is hereby denied.

*Mr. B. S. Thresher,* for Relator.